IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

SHAWN MCLEMORE                                                                    PLAINTIFF
ADC #179359

v.                          CASE NO. 3:24-CV-00043-BSM

PAULA COWELL, Administrator,
Grimes Unit, ADC; THOMAS HURST,
Warden, Grimes Unit, ADC                                                          DEFENDANTS

## ORDER

Shawn McLemore has filed a Notice of Calculation Sheet but has failed to file a motion to proceed *in forma pauperis* [Doc. No. 2].  *See* 28 U.S.C. § 1915(a)(2).  McLemore is directed to, within thirty days, either pay the $405 filing fee or file a complete *in forma pauperis* application or his case will be dismissed without prejudice.  Local Rule 5.5(c)(2). The clerk is directed to mail McLemore an *in forma pauperis* application, including certificate and calculation sheet, along with a copy of this order and a copy of the docket sheet.

IT IS SO ORDERED this 27th day of March, 2024.

_____
UNITED STATES DISTRICT JUDGE