# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**SHAWN MCLEMORE**  **PLAINTIFF**
**ADC # 179359**

v.  **CASE NO. 3:24-CV-00043-BSM**

**PAULA COWELL, Administrator,**
**Grimes Unit, ADC; THOMAS HURST,**
**Warden, Grimes Unit, ADC**  **DEFENDANTS**

## ORDER

Shawn McLemore's suit involves an access-to-the-courts claim against ADC officials. Accordingly, this "550" case should be reclassified as a "555" action for internal housekeeping purposes only. The Clerk is directed to reclassify this case as a "555" action.

IT IS SO ORDERED this 1st day of May, 2024.

_____
UNITED STATES DISTRICT JUDGE