# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**SHAWN MCLEMORE**                                                                                           **PLAINTIFF**
*ADC #179359*

**V.**                               **CASE NO. 3:24-cv-00043-BSM**

**PAULA COWELL,** *et al.*                                                                                **DEFENDANTS**

## ORDER

Having reviewed the record carefully, Magistrate Judge Benecia B. Moore's recommended disposition [Doc. No. 8] is adopted.

Shawn McLemore's amended complaint [Doc. No. 7] is dismissed without prejudice, for failure to state a claim upon which relief may be granted. This dismissal counts as a strike for the purposes of the Prison Litigation Reform Act. 28 U.S.C. § 1915(g). It is certified that an *in forma pauperis* appeal from this order would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 17th day of December, 2024.

/s/ Brian S. Miller
UNITED STATES DISTRICT JUDGE