IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**SHAWN MCLEMORE**     **PLAINTIFF**
*ADC #179359*

V.     CASE NO. 3:24-cv-00043-BSM

**PAULA COWELL,** *et al.*     **DEFENDANTS**

**JUDGMENT**

Consistent with the order entered on this day, this case is dismissed without prejudice.

IT IS SO ORDERED this 17th day of December, 2024.

_____
UNITED STATES DISTRICT JUDGE